UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x          CHAPTER 13
IN RE:                                                                    CASE NO: 8-14-70780-ast

CARLOS MATA, and
SUSANA CANO-MATA                                          AMENDED CHAPTER 13 PLAN

                                    DEBTORS.
--------------------------------------------------------x

      1.     The future earnings of the Debtors are submitted to the supervision and control of the Trustee and the Debtors shall pay to the Trustee for a period of 60 months, the sum of:

- $775.00 commencing March 2014 through and including February 2019.

IN ADDITION TO MONTHLY PLAN PAYMENTS, DURING THE PENDENCY OF THIS CASE, THE DEBTORS WILL PROVIDE THE TRUSTEE WITH SIGNED COPIES OF FILED FEDERAL AND STATE TAX RETURNS FOR EACH YEAR, NO LATER THAN APRIL 15TH OF THE YEAR FOLLOWING THE TAX PERIOD COMMENCING WITH THE TAX YEAR 2014. INDICATED TAX REFUNDS ARE TO BE PAID TO THE TRUSTEE UPON RECEIPT. HOWEVER, NO LATER THAN JUNE 15TH OF THE YEAR IN WHICH THE TAX RETURNS ARE FILED.

      2.     From the payments so received, the Trustee shall make disbursements as follows:

      (a)     Full payments in deferred cash payments of all claims entitled to priority under 11 U.S.C. § 507,

      (b)     Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

- Arrears to U.S. Bank National Association, account number xxxxxx1364, in the amount of $39,125.29, 1st mortgage on real property located at 124 Landau Ave, Elmont, NY 11003 shall be paid by the trustee.  Post petition payments shall be made outside of the plan by the debtor.

- The U.S. Department of Housing and Urban Development has a lien which under the terms of the mortgage note held by U.S. Bank National Association  (Claim 6-1) are not due during the duration of the plan.  No payments will be made by Debtors or the Trustee during the plan.

      (c)     Subsequent to distribution to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows:

- Pro rata distribution to all timely filed proofs of claim.

3.      The following executory contracts of the Debtors are assumed as follows:
        NONE


4.      Title to the Debtor's property shall re-vest in the Debtors upon confirmation of the Plan, unless otherwise provided in the order confirming this plan.

5.      Throughout the term of this Plan, the Debtors agree that the Debtors will not incur post-petition debt over $2,500.00 without notifying the Chapter 13 Trustee in writing.


Dated: 3 Nov 2014          s/ Carlos Mata
                           CARLOS MATA
                           Debtor

       3 Nov 2014          s/ Susana Cano-Mata
                           SUSANA CANO-MATA
                           Debtor


Dated: 3 Nov 2014          s/ Edward W. Vopat
                           Edward W. Vopat, Esq.
                           Attorney for the Debtor