**Fill in this information to identify the case:**

Debtor 1: Carlos Mata

Debtor 2: Susana Cano-Mata aka Susanna Cano
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of New York
(State)

Case number: 14-70780-AST

---

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Igloo Series II Trust, a Delaware Statutory Trust

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 7394 ____ ____ ____

**Property address:** 124 Landau Avenue
Number    Street

Town Of Hempstead, New York  11003
City                State       ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  ___/___/_____
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:     (a) $ 10,108.00

b. Total fees, charges, expenses, escrow, and costs outstanding:   *Minus Suspense $3,840.95    + (b) $ _____

c. **Total**. Add lines a and b.     (c) $ 6,267.04*

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   12 / 1 / 2018
MM / DD / YYYY

---

Form 4100R  **Response to Notice of Final Cure Payment**  page **1**

Debtor 1   Carlos  Mata
           First Name   Middle Name   Last Name

Case number (*if known*) 14-70780-AST

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ /s/ Melissa DiCerbo
Signature

Date 01 / 25 / 2019

Print   Melissa DiCerbo
        First Name   Middle Name   Last Name

Title   Attorney for creditor

Company   McCabe, Weisberg & Conway, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   145 Huguenot Street, Suite 210
          Number   Street

          New Rochelle, NY 10801
          City   State   ZIP Code

Contact phone ( 914-636-8900 )

Email  NYEcfMail@mwc-law.com